GILBERT ELLIOTT LAW CO. *v.* TALLAPOOSA WATER CO.

FISH, J.    Without passing upon the merits or sufficiency of the matters of defense set up in the amended plea offered by the defendant in the court below—there being no point made in the record which invokes such a ruling,—this court will not reverse the judgment of the trial judge in granting to the defendant a first new trial, when it does not appear that he abused his discretion in so doing.

*Judgment affirmed.    All the Justices concurring.*

Submitted October 9, — Decided October 28, 1899.

Complaint.    Before Judge Janes.    Haralson superior court. July 22, 1899.

*G. R. Hutchens,* for plaintiff.    *Lloyd Thomas,* for defendant.